IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-429-D

| | |
|---|---|
| RALCO, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| R.J. CORMAN RAILROAD COMPANY/ | ) |
| CAROLINA LINES, LLC, | ) |
| | ) |
| Defendant. | ) |

On October 13, 2017, RALCO, LLC, moved for reconsideration of this court's order of October 12, 2017, compelling arbitration and staying the action [D.E. 20] and filed a memorandum in support [D.E. 21]. The court has considered RALCO's brief in opposition to the motion to compel arbitration and stay the action [D.E. 19]. RALCO's brief in opposition has not convinced the court that it erred in compelling arbitration and staying the action. See, e.g., Mitsubishi Motors Corp. v. Soler Chrysler-Plymouth, Inc., 473 U.S. 614, 628 (1985); J.J. Ryan & Sons, Inc. v. Rhone Poulenc Textile, S.A., 863 F.2d 315, 319–20 (4th Cir. 1988). The factual allegations underlying RALCO's claims demonstrate that the claims fall within the scope of AAR Interchange Rules and that RALCO consented to arbitrate such claims. See [D.E. 14-1]; AAR Interchange Rule A(1); J.J. Ryan & Sons, Inc., 863 F.2d at 319–20.

In sum, the court GRANTS the motion to reconsider [D.E. 20] insofar as RALCO asks the court to consider its brief in opposition, but DENIES the motion to reconsider this court's order of October 12, 2017, compelling arbitration and staying this action pending arbitration of plaintiff's claims.

SO ORDERED. This 10 day of November 2017.

JAMES C. DEVER III
Chief United States District Judge