IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-429-D

| | |
|---|---|
| RALCO, LLC, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| R. J. CORMAN RAILROAD COMPANY/ CAROLINA LINES, LLC, | ) |
| Defendant. | ) |

On January 11, 2019, R. J. Corman Railroad Company/Carolina Lines, LLC ("R. J. Corman" or "defendant") moved to confirm an arbitration award pursuant to Rule 7(b) of the Federal Rules of Civil Procedure, Local Civil Rule 7.1, and the Federal Arbitration Act, 9 U.S.C.A. § 1 et seq. [D.E. 24]. On April 2, 2019, RALCO, LLC ("RALCO" or "plaintiff") responded in opposition [D.E. 29]. On April 16, 2019, R. J. Corman replied [D.E. 30].

After considering the parties' filings and the governing law, the court GRANTS defendant's motion to confirm [D.E. 24]. The court CONFIRMS the arbitration ruling and DISMISSES this action with prejudice. See, e.g., Qorvis Commc'ns, LLC v. Wilson, 549 F.3d 303, 307–11 (4th Cir. 2008); Rainwater v. Nat'l Home Ins. Co., 944 F.2d 190, 192–94 (4th Cir. 1991) (per curiam); Deo v. Meier, No. 5:11-CV-602-FL, 2012 WL 7078039, at *6–9 (E.D.N.C. July 18, 2012) (unpublished), report and recommendation adopted, 2013 WL 531323 (E.D.N.C. Feb. 12, 2013) (unpublished).

SO ORDERED. This 2 day of May 2019.

JAMES C. DEVER III
United States District Judge