UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

RALCO, LLC,　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)　　**JUDGMENT IN A**
　　　　　　　　　　　　　　　　　　　　)　　**CIVIL CASE**
v.　　　　　　　　　　　　　　　　　　　)　　**CASE NO. 5:17-cv-429-D**
　　　　　　　　　　　　　　　　　　　　)
R. J. CORMAN RAILROAD COMPANY/　　　　)
CAROLINA LINES, LLC,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　Defendant.　　　　　　　　　)

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court CONFIRMS the arbitration ruling and DISMISSES this action with prejudice.

**This Judgment Filed and Entered on May 2, 2019, and Copies To:**

| | |
|---|---|
| William Michael Dowling | (via CM/ECF electronic notification) |
| Brian C. Fork | (via CM/ECF electronic notification) |
| John C. Millberh | (via CM/ECF electronic notification) |

DATE:　　　　　　　　　　　　　　　　　　　PETER A. MOORE, JR., CLERK

May 2, 2019　　　　　　　　　　　　　(By) /s/ Nicole Sellers
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk